SMITH, by next friend, *v.* SOUTHERN RAILWAY COMPANY.

SIMMONS, C. J. The evidence clearly showing that the injury to the plaintiff was caused by his own negligence and not by any negligence of the defendant, the trial judge was right in granting a nonsuit.

*Judgment affirmed. All the Justices concur.*

Argued June 10, — Decided July 12, 1904

Action for damages. Before Judge Reagan. Fayette superior court. September 23, 1903.

*E. E. Spurlin* and *J. F. Golightly*, for plaintiff.
*Arthur Heyman, J. W. Wise,* and *A. O. Blalock,* for defendant.